*Rehearing Denied June 22, 1987:*

DETROIT POLICE OFFICERS ASSOCIATION v CITY OF DETROIT, No. 75591. Reported *ante,* 79. LEVIN, ARCHER, and GRIFFIN, JJ., would grant rehearing.

*Leave to Appeal From Attorney Discipline Board Denied June 26, 1987:*

GRIEVANCE ADMINISTRATOR v ESTON, No. 80582.

GRIEVANCE ADMINISTRATOR v NELSON, No. 80979.

*Ordered to be Published July 27, 1987:*

PROPOSED AMENDMENT OF MCR 2.308. On order of the Court, this is to advise that the Court is considering whether to amend MCR 2.308. Before determining whether the proposal should be adopted, changed before adoption, or rejected, this notice is given to afford any interested person the opportunity to comment on the form or the merits of the proposal, the text of which is as follows:

[The present language is to be repealed and replaced by the following language unless otherwise indicated below:]

RULE 2.308. USE OF DEPOSITIONS IN COURT PROCEEDINGS.

(A) In General. Depositions or parts thereof shall be admissible at trial or on the hearing of a motion or in an interlocutory proceeding only as provided in the Michigan Rules of Evidence.

(B)-(C) [Unchanged.]

*Staff Comment:* Current subrule (A) mostly duplicates provisions in the Michigan Rules of Evidence. See, e.g., MRE 106, 803(18), 804(a), and 804(b)(1). The proposed amendment would eliminate the overlap, and the possibility of conflict, by explicitly deferring to the MRE provisions.

Publication of this proposed amendment coincides with the publication of proposals to amend the MRE.

The staff comment is published only for the benefit of the bench and bar and is not an authoritative construction by the Court.

> Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered and your assistance is appreciated by the Court.